UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AUSTIN BRADY, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:22-cv-01381-RLY-MG |
| DJGN INDY, LLC d/b/a TONY'S OF INDIANAPOLIS, | ) ) ) | |
| Defendant. | ) ) | |

**ENTRY GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

On November 28, 2022, Plaintiff Austin Brady filed an unopposed motion to dismiss this action without prejudice. As Defendant DJGN Indy, LLC, has already served an answer, this action may only be dismissed "by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

The parties have reached a settlement of all claims in this case and three related actions: *Benjamin v. DJGN, LLC*, No. 1:22-CV-00166-TSB) (S.D. Ohio), *Sullivan v. DJGN Lexington, LLC*, No. 5:22-CV-00064-DCR (E.D. Ky.), and *Harley v. DJGN Lexington, LLC*, No. 22-CI-00574 (Fayette Cir. Ct.). They intend to seek approval of a single settlement agreement in the *Benjamin* action and have already taken steps to consolidate all claims (including those asserted here) in the Southern District of Ohio.

Seeing that voluntary dismissal under these circumstances will not prejudice Defendant, the court concludes that Plaintiff's unopposed motion for voluntary dismissal

(Filing No. 26) should be **GRANTED**.  This action is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED** this 29th day of November 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.